427 A.2d 1230

Commonwealth v. Wallace, Appellant.

Submitted September 13, 1979. Patrick J. Flannery, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

* Judge Donald E. Wieand is sitting by special designation.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.